**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| PEDRO ANTONIO ARDILA CORTES, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 2:26-cv-02476-SHL-tmp |
| CHRISTOPHER BULLOCK,[1] New Orleans Field Office Director of Immigration and Customs Enforcement, Enforcement and Removal Operations, | ) | |
| Respondent. | ) | |

**ORDER REQUIRING RESPONSE AND STAYING TRANSFER**

On April 27, 2026, pro se Petitioner Pedro Antonio Ardila Cortes filed the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.  (ECF No. 1.)  He states that he "is a sixty-five-year-old Colombian national with no criminal history who has been held in civil detention since November 20, 2025, without ever having received an individualized bond hearing before a neutral decision-maker."  (Id. at PageID 1.)  Ardila Cortes entered the United States on May 2, 2024, near San Diego, California, and lives in Memphis with his two adult daughters who are lawful residents of the United States.  (Id. at PageID 4–5.)  He fled Columbia

> after suffering repeated threats, extortion demands, and physical violence at the hands of Colombian police officers and armed non-state actors operating in coordination with them.  On October 24, 2023, two uniformed police officers threatened him with death after he reported corruption.  On November 21, 2023, he was deliberately struck by a white truck driven by individuals acting in concert with

---

[1] Christopher Bullock is the only appropriate Respondent for a habeas petition brought by an alien in this district.  See Rosciszewski v. Adducci, 983 F. Supp. 2d 910, 914 (E.D. Mich. 2013) ("[T]he ICE District Director is the proper respondent in a habeas petition brought by an alien, since the District Director has power over such aliens.").  Accordingly, the Court dismisses from the case the Warden of the West Tennessee Detention Facility; the Acting Director of U.S. Immigration and Customs Enforcement; Markwayne Mullin, Secretary of Homeland Security; and Todd Blanche, Acting Attorney General of the United States.

those officers.  On April 22, 2024, two armed men entered his business, beat him, pointed a firearm at his head, and demanded extortion money.

(Id. at PageID 3.)  He has applied for asylum and for withholding of removal.  (Id. at PageID 4.) He passed his credible fear interview.  (Id.)

Ardila Cortes seeks an individualized bond hearing before an immigration judge or his immediate release.  (Id. at PageID 8–9.)  Ardila Cortes states that he served the Petition on Respondent on April 21.  (Id. at PageID 11.)  Respondent's counsel, Assistant U.S. Attorney Stuart Canale, has filed a notice of appearance.  (ECF No. 4.)

Upon review of the Petition, it is **ORDERED** as follows:

(1)    Respondent shall respond to the Petition in writing within **five days** of this Order.

(2)    Ardila Cortes may file a reply after Respondent's responsive filing.

(3)    Respondent shall not transfer Ardila Cortes out of the West Tennessee Detention Facility during the pendency of the Petition.

**IT IS SO ORDERED,** this 29th day of April, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

2