**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| PEDRO ANTONIO ARDILA CORTES, | ) | |
| Petitioner, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER BULLOCK, New Orleans | ) | No. 2:26-cv-02476-SHL-tmp |
| Field Office Director of Immigration and | ) | |
| Customs Enforcement, Enforcement and | ) | |
| Removal Operations, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER DIRECTING RESPONDENT TO UPDATE POSITION**

On April 27, 2026, pro se Petitioner Pedro Antonio Ardila Cortes filed the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.  (ECF No. 1.)[1]  He states that he "is a sixty-five-year-old Colombian national with no criminal history who has been held in civil detention since November 20, 2025, without ever having received an individualized bond hearing before a neutral decision-maker."  (Id. at PageID 1.)  Ardila Cortes seeks an individualized bond hearing before an immigration judge or his immediate release.  (Id. at PageID 8–9.)  Respondent responded in opposition on May 3.  (ECF No. 11.)

On May 11, the Sixth Circuit issued the opinion in Lopez-Campos v. Raycraft, --- F.4th ---, 2026 WL 1283891 (6th Cir. 2026), affirming that a noncitizen who has spent "significant time . . . within the interior of the United States," and who has not committed an offense rendering them ineligible under § 1226(c), may not be detained without an individualized bond hearing.  Lopez-Campos, 2026 WL 1283891, at *13.

---

[1] The Petition has been referred to the undersigned pursuant to Administrative Order No. 2026-16 until May 26, 2026.

2

In view of the Sixth Circuit's holding in <u>Lopez-Campos</u>, Respondent is **ORDERED** to update the Court on his position within **two business days**.  If the basis of the detention is 8 U.S.C. § 1225(b)(2)(A) and Respondent continues to oppose release, Respondent shall either distinguish this case from <u>Lopez-Campos</u> or state why <u>Lopez-Campos</u> otherwise does not apply. If no such showing is made, Respondent shall state whether he consents to the issuance of the writ.

**IT IS SO ORDERED,** this 18th day of May, 2026.

s/ Tu M. Pham
TU M. PHAM
CHIEF UNITED STATES MAGISTRATE JUDGE

2